**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lida Cestro, through her guardian Dominick Cestro,<br><br>    Plaintiff,<br><br>vs.<br><br>LNV Corporation, a Nevada corporation, et al.,<br><br>    Defendant. | No. CV10-1507-PHX-NVW<br><br>**ORDER** |

    Before the Court is Defendant LNV Corporation's ("LNV") Notice of Lodging and Motion for Entry of Final Judgment Pursuant to Rule 54(b) (Doc. 58).

    On March 25, 2011, default was entered against Defendant Lender Services Direct, Inc. Lender Services Direct did not move to set aside the default, and Plaintiff did not apply for entry of default judgment. On August 1, 2011, the Court ordered Plaintiff to show cause by August 15, 2011, why her First Amended Complaint as to Lender Services Direct, Inc., not be dismissed with prejudice for lack of prosecution and further ordered that if Plaintiff did not respond by August 15, 2011, the First Amended Complaint as to Lender Services Direct, Inc., would be dismissed and the case terminated without further notice. Plaintiff did not respond to the order to show cause.

On August 1, 2011, the Court also dismissed the First Amended Complaint against LNV with prejudice. Therefore, no claims remain against any parties in this action.

IT IS THEREFORE ORDERED that the First Amended Complaint as to Defendant Lender Services Direct, Inc., is dismissed with prejudice for lack of prosecution.

IT IS FURTHER ORDERED that Defendant LNV Corporation's Motion for Entry of Final Judgment Pursuant to Rule 54(b) (Doc. 58) is denied as moot.

IT IS FURTHER ORDERED that the Stipulated Order Enjoining Trustee's Sale of Real Property (Doc. 10) is vacated.

IT IS FURTHER ORDERED that the Clerk enter judgment in favor of Defendant LNV Corporation and against Plaintiff and that Plaintiff take nothing. The Clerk shall terminate this case.

DATED this 16th day of August, 2011.

Neil V. Wake
United States District Judge